UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| Plaintiff,   DAVID YURMAN ENTERPRISES, ET ANO. | ORDER OF REFERENCE<br>TO A MAGISTRATE JUDGE |
| -v- | 18-CV-1906   (LAK) (SN) |
| Defendant.   SUSAN WAXMAN, ET AL. | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

All such motions: X

*Do not check if already referred for general pretrial.

Dated   3/8/18

SO ORDERED:

United States District Judge