UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC and DAVID YURMAN IP LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SUSAN WAXMAN d/b/a LOOKS A LOT ALIKE, XYZ COMPANIES 1–10, and JOHN AND JANE DOES 1–10,<br><br>　　　　　Defendants. | Civil Action No. 18-cv-01906-LAK-SN<br><br>ECF Case<br><br><br>NOTICE OF APPEARANCE |

**TO:**　The Clerk of the Court and all parties of record

　　　**PLEASE TAKE NOTICE** that I, Kyle D. Gooch, an associate of the law firm of Arnold & Porter Kaye Scholer LLP, am admitted to practice in this Court, and I appear in this action as additional counsel for plaintiffs David Yurman Enterprises LLC and David Yurman IP LLC.

Dated:　New York, New York
　　　　April 30, 2018

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kyle D. Gooch
　　　　　　　　　　　　　　　　　　　　　　　　Kyle D. Gooch (KG 1981)
　　　　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019-9710
　　　　　　　　　　　　　　　　　　　　　　　　T:  (212) 836-8000
　　　　　　　　　　　　　　　　　　　　　　　　F:  (212) 836-8689
　　　　　　　　　　　　　　　　　　　　　　　	kyle.gooch@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　　　	*Attorneys for Plaintiffs*