# Arnold & Porter

Matthew T. Salzmann
+1 212.836.8266 Direct
Matthew.Salzmann@arnoldporter.com

July 19, 2018

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

  Re: *David Yurman Enterprises LLC, et al. v. Susan Waxman, et al.* - 18-cv-01906 (SDNY)

Dear Magistrate Judge Netburn:

  We represent plaintiffs David Yurman Enterprises, LLC and David Yurman IP LLC in the above-referenced action.  We write on behalf of all parties and pursuant to Your Honor's June 29, 2018 Order (Dkt. 43) to advise the Court that the parties executed a settlement agreement resolving this dispute on July 17, 2018.  Pursuant to the terms of the parties' settlement agreement, a Permanent Injunction on Consent and Stipulation of Dismissal was submitted to the Orders & Judgments Clerk for Judge Kaplan's consideration earlier today.

           Respectfully,

           ARNOLD & PORTER


           By: /s/ Matthew T. Salzmann
              Matthew T. Salzmann

cc:  Philip Furgang, Esq.