
Kaplan, L

RECEIVED
JUL 20 2018
JUDGE KAPLAN'S CHAMBERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x

DAVID YURMAN ENTERPRISES LLC and
DAVID YURMAN IP LLC,

              Plaintiffs,

    - against -

SUSAN WAXMAN d/b/a LOOKS A LOT
ALIKE, XYZ COMPANIES 1-10, and JOHN
AND JANE DOES 1-10,

              Defendants.

-------------------------------------------------- x

Civil Action No. 2:18-cv-01906
(LAK)(SN)

**PERMANENT INJUNCTION ON**
**CONSENT AND STIPULATION**
**OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2018

WHEREAS, Plaintiffs David Yurman Enterprises LLC and David Yurman IP LLC

(collectively "Yurman") are the owners of U.S. copyright registrations covering the following

jewelry designs (collectively, the "Yurman Copyrighted Design"):

| Yurman's Design | Registration No. | Date Issued |
|---|---|---|
|  | VA 1-823-085 | June 11, 2012 |
|  | VA 1-849-600 | January 1, 2013 |
|  | VA 1-396-825 | November 24, 2006 |

| Yurman's Design | Registration No. | Date Issued |
|---|---|---|
|  | | |
|  | VA 1-908-902 | April 24, 2014 |
|  | VA 1-344-469 | May 5, 2005 |
|  | | |
|  | VA 1-670-591 | June 4, 2009 |
|  | VA 1-282-478 | November 6, 2003 |

| Yurman's Design | Registration No. | Date Issued |
|---|---|---|
|  | VA 1-722-966 | June 9, 2010 |
|  | VA 1-800-982 | November 15, 2011 |
|  | VA 1-908-902<br><br>VA 1-935-471 | April 24, 2014<br><br>November 17, 2014 |

| Yurman's Design | Registration No. | Date Issued |
|---|---|---|
|  | VAu 733-123 | August 23, 2006 |
|  | VAu 405-161 | May 3, 2012 |
|  | VA 1-747-809 | July 8, 2009 |
|  | VA 1-116-155 | August 28, 2001 |
|  | VA 1-024-276 | August 21, 2000 |
|  | VA 1-038-299 | October 6, 1999 |

WHEREAS, copies of the registration certificates covering the Yurman Copyrighted Designs, along with excerpts of the corresponding deposit materials, are attached hereto as **Exhibit A**;

WHEREAS, Yurman is the owner and registrant of several well-known word trademarks used in connection with DAVID YURMAN-brand jewelry products, including the following:

(a)     U.S. Trademark Registration No. 2,918,700 for the mark QUATREFOIL for "Fine jewelry and precious stones" in International Class 14, which was registered on January 18, 2005;

(b)     U.S. Trademark Registration No. 2,959,204 for the mark ALBION for "Fine jewelry and precious stones" in International Class 14, which was registered on June 7, 2005;

(c)     U.S. Trademark Registration No. 3,599,276 for the mark METRO CABLE for "Fine jewelry" in International Class 14, which was registered on March 31, 2009;

(d)     U.S. Trademark Registration No. 3,628,543 for the mark WHEATON for "Jewelry" in International Class 14, which was registered on May 6, 2009; and

(e)     U.S. Trademark Registration No. 4,422,585 for the mark LABYRINTH for "Precious metal items, namely, Earrings, Pendants and Rings with diamonds and/or colored gemstones set in smooth precious metal intertwined with sculpted cable precious metal" in International Class 14, which was registered on October 22, 2013 (the QUATREFOIL, ALBION, METRO CABLE, WHEATON, and LABYRINTH marks and registrations are hereinafter collectively referred to as the "Yurman Word Marks");

WHEREAS, copies of the certificates of registration for the Yurman Word Marks are attached hereto as **Exhibit B**;

WHEREAS, Yurman is also the owner and registrant of several well-known design marks used in connection with DAVID YURMAN-brand jewelry products, including the following:

(f) U.S. Trademark Registration No. 4,655,095 for the following "Cable Classics" bracelet design:



for "Jewelry; Bracelets" in International Class 14, which was registered on December 16, 2014; and

(g) U.S. Trademark Registration No. 5,025,164 for the following "Renaissance" bracelet design:



for "Jewelry; Bracelets" in International Class 14, which was registered on August 23, 2016 (the "Cable Classics" and "Renaissance" bracelet design marks and registrations are hereinafter collectively referred to as the "Yurman Design Marks", and together with the Yurman Word Marks, the "Yurman Trademarks");

WHEREAS, copies of the certificates of registration for the Yurman Design Marks are attached hereto as **Exhibit C**.

WHEREAS, on March 2, 2018, Yurman filed a Complaint in this action against Susan Waxman d/b/a Looks A Lot Alike ("Waxman"), seeking injunctive relief and damages for alleged knowing, intentional and pervasive acts of copyright infringement, trademark counterfeiting and/or infringement, false designation of origin, dilution, and unfair competition, in violation of the laws of the United States, and the statutory and common law of the State of New York, arising out of (a) Waxman's offering for sale and sale of products (the "Accused Products") that Yurman claims infringe the Yurman Copyrighted Designs and/or the Yurman Design Marks (photographs of the Accused Products being attached hereto as **Exhibit D**), and (b) Waxman's unauthorized use of the Yurman Word Marks in connection with the offering for sale and sale of the Accused Products and other products; and

WHEREAS, the Parties have subjected themselves to and admitted the Court's jurisdiction over the persons and subject matter of this action; and

WHEREAS, each Party has been afforded the opportunity to consult with, and has consulted with, an attorney of its own choice in connection with this action; and

WHEREAS, the Parties have consented to the entry of this Permanent Injunction on Consent and Stipulation of Dismissal in full and final resolution of their respective claims and defenses against one another in this action; and

WHEREAS, the Court having jurisdiction over the subject matter of this Civil Action and over the Parties, and venue in this action being proper in this judicial district.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     Waxman and her related companies, as well as her respective agents, servants, employees, attorneys and all natural or legal persons acting on her behalf, or in concert with any of them, shall be PERMANENTLY ENJOINED and RESTRAINED throughout the world, from

attempting to do or causing to be done, directly or indirectly, by any means, method, or device whatsoever, or by any person or persons whomsoever, the following acts:

a.  manufacturing, importing, exporting, advertising, purchasing, offering for sale, selling, promoting, or marketing the Accused Products;

b.  designing, manufacturing, importing, exporting, advertising, purchasing, offering for sale, selling, promoting, or marketing any jewelry products that contain any design or combination of design elements that is substantially similar to any of the Yurman Copyrighted Designs;

c.  designing, manufacturing, importing, exporting, advertising, purchasing, offering for sale, selling, promoting, or marketing any jewelry products that are confusingly similar to any of the Yurman Design Marks, or making any other unauthorized use of the Yurman Design Marks;

d.  designing, manufacturing, importing, exporting, advertising, purchasing, offering for sale, selling, promoting, or marketing any jewelry products that bear any mark, or make unauthorized use of any mark, that is confusingly similar to any of the Yurman Word Marks;

e.  using any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Yurman Trademarks in connection with the promotion, advertisement, display, sale, offer for sale, manufacture, production, importation, circulation or distribution of any products or their packaging;

f.    engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Yurman's business reputation or dilute the distinctive quality of the Yurman Trademarks;

g.    making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, imported, exported, distributed, advertised, promoted, offered for sale and/or sold by Waxman are in any manner associated with, sponsored by and/or approved or authorized by Yurman, or that Waxman is associated with sponsored by and/or approved or authorized by Yurman;

h.    making any use of the David Yurman name or any variations or individual elements thereof — including, without limitation, "David Yurman", "Yurman", "D. Yurman", "D.Y." and "DY" — for any and all purposes;

i.    effecting any assignments or transfers, forming new entities or associations or utilizing any other devises for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs 1(a) through 1(h).

2.    The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Permanent Injunction on Consent by way of contempt motion or otherwise, and the Parties consent to and will not challenge such jurisdiction.

3.    Waxman waives any right to appeal this Permanent Injunction on Consent.

4.     The Parties agree that each Party shall bear its own costs and attorneys' fees associated with this Permanent Injunction on Consent and the Civil Action to date. However, the Parties further agree that the prevailing Party in any subsequent suit or motion for contempt of this Permanent Injunction on Consent shall recover its costs and reasonable attorneys' fees from the other Party

5.     Except as otherwise provided in this Permanent Injunction on Consent, this action shall be deemed dismissed with prejudice.

DAVID YURMAN ENTERPRISES LLC

by its attorneys ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
     Louis S. Ederer
     Paul C. Llewellyn
     Matthew T. Salzmann
     250 West 55th Street
     New York, New York 10019
     Telephone: 212-836-8000
     louis.ederer@arnoldporter.com
     paul.llewellyn@arnoldporter.com
     matthew.salzmann@arnoldporter.com

DAVID YURMAN IP LLC

by its attorneys ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
     Louis S. Ederer
     Paul C. Llewellyn
     Matthew T. Salzmann
     250 West 55th Street
     New York, New York 10019
     Telephone: 212-836-8000
     louis.ederer@arnoldporter.com
     paul.llewellyn@arnoldporter.com
     matthew.salzmann@arnoldporter.com

SUSAN WAXMAN
d/b/a LOOKS A LOT ALIKE

by her attorneys FURGANG & ADWAR, L.L.P.

By: _____
     Philip Furgang
     Robert Spinak
     515 Madison Avenue, Suite 6A
     New York, New York 10022
     Telephone: 212-725-1818
     philip@furgang.com
     spin@furgang.com

SO ORDERED:

_____
U.S.D.J.

7/26/2018

10

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## VA 1-823-085

Effective date of registration:

June 11, 2012

---

## Title

Title of Work: LABYRINTH - B11243D

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: March 8, 2012    Nation of 1st Publication: United States

## Author

∎    Author: DAVID YURMAN

Author Created: jewelry design

Work made for hire: No

Citizen of: United States    Domiciled in: United States

Year Born: 1942

## Copyright claimant

Copyright Claimant: DAVID YURMAN IP LLC

24 VESTRY STREET, NEW YORK, NY 10013, United States

Transfer Statement: By written agreement

## Certification

Name: SUSAN SPAGNA, ESQ.

Date: June 11, 2012

---

# LABYRINTH – B11243D

**B11243D**



**B11243D**



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## VA 1-849-600

Effective date of
registration:

January 23, 2013

## Title

Title of Work: LABYRINTH

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: September 26, 2012        Nation of 1st Publication: United States

## Author

        Author: DAVID YURMAN

Author Created: jewelry design

Work made for hire: No

Citizen of: United States        Domiciled in: United States

Year Born: 1942

## Copyright claimant

Copyright Claimant: DAVID YURMAN IP LLC

24 VESTRY STREET, NEW YORK, NY, 10013, United States

Transfer Statement: By written agreement

## Certification

Name: ARTHUR NAZRO, ESQ.

Date: January 23, 2013

E11655D



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-366-825**

EFFECTIVE DATE OF REGISTRATION

NOV 24 2006
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼

**DAVID YURMAN TAPESTRY COLLECTION 2006**

NATURE OF THIS WORK ▼ See instructions

**JEWELRY DESIGN**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

NAME OF AUTHOR ▼

**DAVID YURMAN**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **U.S.A.**
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

### NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

## 3

**a**

Year in Which Creation of This Work Was Completed
**2005**
Year in all cases.
This information must be given

**b**

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **MARCH**    Day **30**    Year **2006**
**U.S.A.**    Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**YURMAN STUDIO, INC.
24 VESTRY STREET
NEW YORK, NY 10013**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**ASSIGNMENT: from DAVID YURMAN**

APPLICATION RECEIVED
NOV 24 2006
ONE DEPOSIT RECEIVED
NOV 24 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _Dn_

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

FORM VA

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIO, INC.
24 VESTRY STREET: NEW YORK, NY 10013

Area code and daytime telephone number   **( 212 ) 896-1550**        Fax number   **( 212 ) 223-0196**

Email

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **YURMAN STUDIO, INC.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SCOTT VOGEL        Date  **NOVEMBER 17, 2006**

**8**

Handwritten signature (X) ▼

X _Scott Vogel_

**CERTIFICATION***

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susan Spagna, Esq.

Number/Street/Apt ▼
24 Vestry Street

City/State/ZIP ▼
New York, NY 10013

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form August 2000—60,000   Web Rev: June 2002   ☺ Printed on recycled paper        U.S. Government Printing Office: 2000-461-608/20,068

# David Yurman Tapestry Collection 2006



B07719



B07720

# David Yurman Tapestry Collection 2006



R07722



R07719

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-908-902

**Effective date of registration:**

April 24, 2014

---

## Title

**Title of Work:** Women's Additions 2014 (Starburst)

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** March 1, 2014      **Nation of 1st Publication:** United States

## Author

■   **Author:** David Yurman

**Author Created:** jewelry design

**Citizen of:** United States      **Domiciled in:** United States

**Year Born:** 1942

## Copyright claimant

**Copyright Claimant:** DAVID YURMAN IP LLC

24 Vestry Street, New York, NY, 10013, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** DAVID YURMAN IP LLC

**Name:** Arthur Phillips Nazro

**Email:** pnazro@davidyurman.com      **Telephone:** 646-264-7488

**Address:** 24 Vestry Street

New York, NY 10013  United States

## Certification

**Name:** Arthur Phillips Nazro

**Date:** April 24, 2014

**Applicant's Tracking Number:** Additions 2014 (Starburst)

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## VA 1-800-949

Effective date of registration:

October 27, 2011

## Title

Title of Work: STARBURST COLLECTION

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: February 22, 2011    Nation of 1st Publication: United States

## Author

■    Author: DAVID YURMAN

Author Created: jewelry design

Work made for hire: No

Citizen of: United States    Domiciled in: United States

Year Born: 1942

## Copyright claimant

Copyright Claimant: YURMAN STUDIO, INC.

24 VESTRY STREET, NEW YORK, NY, 10013, United States

Transfer Statement: By written agreement

## Certification

Name: SUSAN SPAGNA, ESQ.

Date: October 27, 2011

# STARBURST COLLECTION



E10001 88ADI

# STARBURST COLLECTION

N09896D

N09896D



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-840-979**

Effective date of registration:

May 17, 2012

## Title

Title of Work: STARBURST - N113701D

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: March 8, 2012    Nation of 1st Publication: United States

## Author

■    Author: DAVID YURMAN

Author Created: jewelry design

Work made for hire: No

Citizen of: United States    Domiciled in: United States

Year Born: 1942

## Copyright claimant

Copyright Claimant: DAVID YURMAN IP LLC

24 VESTRY STREET, NEW YORK, NY 10013, United States

Transfer Statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: Starburst elements.

Previous registration and year: VA 1-800-949    2011

New material included in claim: The arrangement of, including the number, the placement and distance between the starburst elements on the chain. The combination of two strands of chains linked by starburst elements creates the allusion of shooting stars flying through the galaxy. The use of 2 strands of chain, when viewed sideways, best described as a half-moon design, seemingly float away from each other and yet are static in their distance and shape, giving movement to the design. The half-moon shape of the 2 strands of chains are connected by starburst element, where the half-moon and starburst elements are flowing towards the larger four starburst elements.

## Certification

Name: SUSAN SPAGNA, ESQ.

Date: May 17, 2012

Correspondence: Yes



# STARBURST – N11370D

N11370D



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-670-591

Effective date of registration:

June 4, 2009

## Title

Title of Work: WHEATON

## Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: March 2, 2009    Nation of 1st Publication: United States

## Author

■     Author: DAVID YURMAN

Author Created: jewelry design

Work made for hire: No

Citizen of: United States    Domiciled in: United States

Year Born: 1942

## Copyright claimant

Copyright Claimant: YURMAN STUDIO, INC.

24 VESTRY STREET, NEW YORK, NY, 10013, United States

Transfer Statement: By written agreement

## Certification

Name: SUSAN SPAGNA, ESQ.

Date: June 4, 2009

Correspondence: Yes

# WHEATON

**R08916D**



**R08916D**



# WHEATON

R08965D



R08965D



R08965D



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-282-478

EFFECTIVE DATE OF REGISTRATION

**NOV 06 2003**

Month          Day          Year

---

**RATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

CROSSOVER COLLECTION 2003

**NATURE OF THIS WORK ▼** See Instructions

JEWELRY DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a   DAVID YURMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1942

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   U.S.A.
     Domiciled in

**Was This Author's Contribution to the Work**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☑ Jewelry design   ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
     Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

## 3

a  **Year in Which Creation of This Work Was Completed**  2003  Year
This information must be given in all cases.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month JANUARY  Day __  Year 2003
U.S.A.  Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK NY 10013

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*BY ASSIGNMENT

APPLICATION RECEIVED
NOV 6 2003
ONE DEPOSIT RECEIVED
NOV - 6 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY VG

CHECKED BY

☒ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK, NY 10013

Area code and daytime telephone number  (212) 896-1550          Fax number  (212-)223-0196

Email  soloesq@aol.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of YURMAN STUDIOS INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SUSAN  SPAGNA          Date 28 Oct 2003

Handwritten signature (X) ▼

X  Susan Spagna

Certificate will be mailed in window envelope to this address:

Name ▼ Susan Spagna, Esq
Number/Street/Apt ▼ 24 Vestry
City/State/ZIP ▼ New York, NY 10013

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—30,000  Web Rev: June 2002  ● Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021



R06802D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-722-966

**Effective date of
registration:**

June 9, 2010

## Title

**Title of Work:** Infinity Collection Addition Earrings

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 16, 2009     **Nation of 1st Publication:** United States

## Author

■     **Author:** David Yurman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1942

## Copyright claimant

**Copyright Claimant:** Yurman Studio, Inc.

24 Vestry Street, New York, NY, 10013, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** Susan Spagna, Esq.

**Date:** June 9, 2010

# INFINITY COLLECTION ADDITION
## EARRINGS

**E09406**



**E09332D**



**E09405**



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## VA 1-800-982

Effective date of
registration:

November 15, 2011

## Title

Title of Work: D09566D

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: September 22, 2010    Nation of 1st Publication: United States

## Author

* Author: DAVID YURMAN

Author Created: jewelry design

Work made for hire: No

Citizen of: United States    Domiciled in: United States

Year Born: 1942

## Copyright claimant

Copyright Claimant: YURMAN STUDIO, INC.

24 VESTRY STREET, NEW YORK, NY, 10013, United States

Transfer Statement: By written agreement

## Certification

Name: SUSAN SPAGNA, ESQ.

Date: November 15, 2011

D09566D



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 733—122

8    23    06
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

DAVID YURMAN 2006 COLLECTION XIV

NATURE OF THIS WORK ▼ See instructions

JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __ U.S.A.
      Domiciled in __

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __
      Domiciled in __

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2005
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ___ Day ___ Year ___    Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

YURMAN STUDIO, INC.
24 VESTRY STREET
NEW YORK, NY 10013

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT: from DAVID YURMAN

APPLICATION RECEIVED
AUG 23 2006
ONE DEPOSIT RECEIVED
AUG 23 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY ___ CRB

CHECKED BY ___

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a**

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIO, INC.
24 VESTRY STREET, NEW YORK, NY 10013

**b**

Area code and daytime telephone number ( 212 ) 896-1590     Fax number ( 212 ) 223-0196

Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of YURMAN STUDIO, INC.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Susan Spagna     Date: August 18, 2006

Handwritten signature (X) ▼

X _Susan Spagna Esq_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susan Spagna, Esq.

Number/Street/Apt ▼
24 Vestry Street

City/State/Zip ▼
New York, NY 10013

Form August 2006—20,000   Web Rev: July 2006   ⊕ Printed on recycled paper     U.S. Government Printing Office: 2006-000-000/60,000

# David Yurman 2006 Collection XIV



CD1306



CR1302

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VAu 405-161

**EFFECTIVE DATE OF REGISTRATION**

Month 1   Day 23   Year 98

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
David Yurman 1993 Collection

**NATURE OF THIS WORK ▼** See instructions
Jewelry catalog

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Yurman Designs, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ New York, USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1993 ◀ Year In all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶    Day ▶    Year ▶

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Yurman Designs, Inc.
501 Madison Avenue
New York, NY 10022

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 23 1998
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JAN 23 1998

**FUNDS RECEIVED**

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

YDI/ALISA00037

EXAMINED BY ~m~

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM V

COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

portions of the material included in this publication were previously
registered under VA-254-363; VA-222-052; VA-187-088; and VA-232-527

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

* none.  Additional Jewlry Designs

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

n/a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Maxim H. Waldbaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson
1 New York Plaza
New York, New York 10004
Area Code and Telephone Number ▶

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Yuman Designs, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Maxim H. Waldbaum, Esq.                Date ▶ January 15, 1998

Handwritten signature (X) ▼

**8**

Certificate
will be
mailed in
window
envelope

Name ▼
Maxim H. Waldbaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson
Number/Street/Apt ▼
1 New York Plaza
City/State/ZIP ▼
New York, New York 10004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
1993—300,000

WILL COPYR

YDI/ALISA000374



B3950

B3934



B4415





B4425





B4270



B4501



B4026



B4460



B3996



B4405



B4047

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-747-809**

Effective date of registration:

July 8, 2009

## Title

**Title of Work:** MOONLIGHT ICE

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 2, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** DAVID YURMAN

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1942

## Copyright claimant

**Copyright Claimant:** YURMAN STUDIO, INC.

24 VESTRY STREET, NEW YORK, NY, 10013, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** jewelry design

**Previous registration and year:** VAu 405-161          1998

**New material included in claim:** jewelry design

## Certification

**Name:** SUSAN SPAGNA, ESQ.

**Date:** July 8, 2009

Registration #:    VA0001747809

Service Request #:    1-213209984



YURMAN STUDIO, INC.
SUSAN SPAGNA, ESQ.
24 VESTRY STREET
NEW YORK, NY 10013  United States

# MOONLIGHT ICE



R09060

R09060

R09060

R09061

R09061

R09061

E08848D

E08848D



E08833D

# MOONLIGHT ICE



B09088D





N09089D



N09089D



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

UNI
REG

VA 1-116-155

(VA)        (VAU)

EFFECTIVE DATE OF REGISTRATION

AUG 28 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

"ALBION" COLLECTION

NATURE OF THIS WORK ▼ See Instructions

JEWELRY DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼
1942

Was this contribution to the work a
"work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ UNITED STATES
    { Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☒ No    If the answer to either
Pseudonymous?   ☐ Yes  ☒ No    of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es).  See Instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design    ☐ Architectural work

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No    If the answer to either
Pseudonymous?   ☐ Yes  ☐ No    of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es).  See Instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work

**3**

Year in Which Creation of This Work Was
Completed
2001     ◀ Year   This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information
ONLY if this work
has been published.
Month ▶ MARCH   Day ▶ 23   Year ▶ 2001     ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

YURMAN STUDIOS, INC.
501 MADISON AVENUE
NEW YORK, NY 10022

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT

APPLICATION RECEIVED
AUG 28 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 28 2001
FUNDS RECEIVED

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                   • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

DO NOT WRITE ABOVE THIS LINE.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**
See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**

JOSEPH RAMIREZ C/O YURMAN DESIGN INC.
501 MADISON AVENUE
NEW YORK, NY 10022

Area code and daytime telephone number ▶ ( 212 ) 896-1550          Fax number ▶ ( 212 ) 644-3816

Email ▶ jramirez@davidyurman.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  YURMAN STUDIOS INC.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOSEPH RAMIREZ                                    Date ▶ AUGUST 22, 2001

Handwritten signature (X) ▼

X _____

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ JOSEPH RAMIREZ C/O YURMAN DESIGN INC. |
| | Number/Street/Apt ▼ 501 MADISON AVENUE |
| | City/State/ZIP ▼ NEW YORK, NY 10022 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☐ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71







# CERTIFICATE OF REGIS..RATION



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-024-976**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

**EFFECTIVE DATE OF REGISTRATION**
Aug 21 2000
Month Day Year

OFFICIAL SEAL

**United States of America**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
Pave Collection Enhancer D06384

**NATURE OF THIS WORK ▼** See Instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2
**NAME OF AUTHOR ▼**
a    David Yurman

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ New York

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Check appropriate boxes. See instructions.
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☒ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate boxes. See instructions.
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3
a    Year in Which Creation of This Work Was Completed    1997    ◀ Year in all cases.

b    Date and Nation of First Publication of This Particular Work    Complete this information ONLY if this work has been published.    Month ▶ March    Day ▶ 17    Year ▶ 1997
◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Yurman Design Inc.
50, Madison Avenue
New York, NY 10022

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment from David Yurman

**APPLICATION RECEIVED**
AUG 21 2000
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
AUG 21 2000
**FUNDS RECEIVED**

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

YDI/ALISA000071

| EXAMINED BY | DW | FORM VA |
|---|---|---|
| CHECKED BY | | |

| | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| ☐ CORRESPONDENCE Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joseph Ramirez/Yurman Design Inc.
501 Madison Avenue
New York, NY 10022

**b**

Area code and daytime telephone number ▶ ( 212 ) 896-1350        Fax number ▶ ( 212 ) 593-1597

Email ▶ jramirez@davidyurman.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Yurman Design Inc._

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joseph Ramirez        Date ▶ July 28, 2000

Handwritten signature (X) ▼

X _[signature]_

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Yurman Design Inc. / Joseph Ramirez

Number/Street/Apt ▼
501 Madison Avenue

City/State/ZIP ▼
New York, NY 10022

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☼ PRINTED ON ▪ RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/71

June 1999—100,000
WEB REV. June 1999

YDI/ALISA000074

# DO6384





D06384 Back View



D06384 Side View

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

VA 1-039-299

EFFECTIVE DATE OF REGISTRATION

OCT     06     1999

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BRACELET B4425

**NATURE OF THIS WORK ▼** See instructions

JEWELRY DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

### a

**NAME OF AUTHOR ▼**

DAVID YURMAN

**DATES OF BIRTH AND DEATH**
**Year Born ▼** 1942   **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A
     Domiciled in ▶ U.S.A

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work

### b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼**   **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

### a

**Year in Which Creation of This Work Was Completed**
1990

This information must be given in all cases.

### b

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 12   Year ▶ 1990
Nation ▶ U.S.A

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Yurman Studio, Inc.
501 MADISON AVENUE
NEW YORK, NEW YORK 10022

**APPLICATION RECEIVED**
SEP 02 1999
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 02 1999

**FUNDS RECEIVED**
OCT 6 1999

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT FROM DAVID YURMAN

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

YDI/ALISA000287

EXAMINED BY  Vg.  FORM VA

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a  See instructions
   before completing
   this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Xuan-Thao N. Nguyen
Pryor Cashman Sherman & Flynn, LLP
410 Park Avenue
New York, New York 10022

Area code and daytime telephone number ▶ (212) 326-0141          Fax number ▶ (212) 326-0806

Email ▶

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of  Yuxman Studio, Inc.
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Xuan-Thao N. Nguyen          Date ▶ 9/1/99

          Handwritten signature (X) ▼

     X  Xuan-Thao N. Nguyen

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Xuan-Thao N. Nguyen/Pryor Cashman Sherman & Flynn

Number/Street/Apt ▼
410 Park Avenue

City/State/ZIP ▼
New York, New York 10022

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any
with the application, shall be fined not more than $2,500.
June 1999—xxx,xxx          ⊛ PRINTED ON RECYCLED PAPER          ⊛U.S. GOVERNMENT PF

YDI/ALISA0002...

**B4425**



**THOROUGHBRED**

VA 1-038-299

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-344-469**

May 5 05

---

**1**

Title of This Work ▼

CONFETTI COLLECTION 2005

NATURE OF THIS WORK ▼ See Instructions

JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼  1942  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
OR { Citizen of U.S.A.
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 3-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
OR { Citizen of _____
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 3-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed

2004   Year in all cases

**b** Date and Nation of First Publication of This Particular Work

Month JANUARY   Day 23   Year 2005
Nation U.S.A.

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK, NY 10013

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT: from DAVID YURMAN

APPLICATION RECEIVED
MAY 11, 2005
ONE DEPOSIT RECEIVED
MAY 0 5 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a
See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK, NY 10013

Area code and daytime telephone number  ( 212 ) 896-1350          Fax number  ( 212 ) 223-0196

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  YURMAN STUDIOS INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SUSAN   SPAGNA          Date  5/03/2005

Handwritten signature (X) ▼

X   _Susan Spagna_

**9**

Certificate will be mailed in window envelope to this address:

Name ▼  Susan Spagna, Esq
Number/Street/Apt ▼  24 Vestry St.
City/State/ZIP ▼  New York, NY 10013

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—80,000   Web Rev: June 2002   ☺ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,068

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1—378—868

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

May 19 2006

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
**CONFETTI COLLECTION 2005**

Registration Number of the Basic Registration ▼
**VA 1-344-469**

Year of Basic Registration ▼
**2005**

Name(s) of Author(s) ▼
**DAVID YURMAN**

Name(s) of Copyright Claimant(s) ▼
**YURMAN STUDIOS INC.**

---

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number **4,7b, 8**      Line Heading or Description **copyright claimant, correspondence, certification**

Incorrect Information as It Appears in Basic Registration ▼

**YURMAN STUDIOS INC.**

Corrected Information ▼

**YURMAN STUDIO, INC.**

Explanation of Correction ▼

**MISSPELLING OF THE CORPORATE NAME**

---

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____      Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▷ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ___ pages

# Confetti Collection 2005



B07255



R07255



E07255

VA1-344-469

# EXHIBIT B

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,918,700

United States Patent and Trademark Office

Registered Jan. 18, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# Quatrefoil

YURMAN STUDIOS INC. (NEW YORK COR-
PORATION)
24 VESTRY
NEW YORK, NY 10013

FOR: FINE JEWELRY, PRECIOUS STONES AND
WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-1-2000; IN COMMERCE 10-1-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-571,827, FILED 1-26-2004.

ALICE BENMAMAN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,959,204

United States Patent and Trademark Office

Registered June 7, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# Albion

YURMAN STUDIOS INC. (NEW YORK COR-
PORATION)
24 VESTRY
NEW YORK, NY 10013

FOR: FINE JEWELRY AND PRECIOUS STONES,
IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1996; IN COMMERCE 1-1-1996.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-579,029, FILED 3-1-2004.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

United States Patent and Trademark Office

Reg. No. 3,599,276
Registered Mar. 31, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# Metro Cable

YURMAN STUDIO, INC. (NEW YORK COR-
PORATION)
24 VESTRY STREET
NEW YORK, NY 10013

    FOR: FINE JEWELRY, IN CLASS 14 (U.S. CLS. 2,
27, 28 AND 50).

    FIRST USE 12-19-2008; IN COMMERCE 12-19-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 77-216,847, FILED 6-27-2007.

SKYE YOUNG, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

United States Patent and Trademark Office

Reg. No. 3,628,543
Registered May 26, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# WHEATON

YURMAN STUDIO, INC. (NEW YORK COR-
PORATION)
24 VESTRY STREET
NEW YORK, NY 10013

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

FIRST USE 8-1-2008; IN COMMERCE 8-1-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 77-499,662, FILED 6-16-2008.

SANDRA MANIOS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# LABYRINTH

**Reg. No. 4,422,585**

**Registered Oct. 22, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

DAVID YURMAN IP LLC (DELAWARE CORPORATION)
24 VESTRY STREET
NEW YORK, NY 10013

FOR: PRECIOUS METAL ITEMS, NAMELY, EARRINGS, PENDANTS AND RINGS WITH DIAMONDS AND/OR COLORED GEMSTONES SET IN SMOOTH PRECIOUS METAL INTERTWINED WITH SCULPTED CABLE PRECIOUS METAL , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-552,348, FILED 2-24-2012.

DOMINIC FATHY, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

# EXHIBIT C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,655,095**

**Registered Dec. 16, 2014**

DAVID YURMAN IP LLC (DELAWARE LIMITED LIABILITY COMPANY)
24 VESTRY STREET
NEW YORK, NY 10013

**Int. Cl.: 14**

FOR: JEWELRY; BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF AN OPEN TWISTED-CABLE BRACELET DESIGN WITH FA-CETED STONES AT EACH END. THE PORTIONS OF THE BRACELET SHOWN IN BROKEN LINES ARE INTENDED SOLELY TO INDICATE THE POSITIONING OF THE MARK AND ARE NOT PART OF THE MARK. COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 86-064,049, FILED 9-13-2013.

AISHA CLARKE, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,025,164**

**Registered Aug. 23, 2016**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

David Yurman IP LLC (DELAWARE LIMITED LIABILITY COMPANY)
24 Vestry Street
New York, NY 10013

CLASS 14: Jewelry; bracelets

FIRST USE 00-00-1985; IN COMMERCE 00-00-1985

The mark consists of an open twisted-cable bracelet design. At each end is a neck with a diamond-shaped element on the top and oval-shaped elements on the sides. In between the diamond-shaped and oval-shaped elements are two raised beads positioned in an axis parallel to that of the longer axis of the oval. The neck is bordered on each side by two thin circular bands. The portions of the bracelet shown in broken lines are intended solely to indicate the positioning of the mark and are not part of the mark. Further, the materials from which the design is made are not a feature of the mark.

OWNER OF U.S. REG. NO. 4655095

SEC.2(F)

SER. NO. 86-684,126, FILED 07-06-2015
DAVID T MURRAY, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# EXHIBIT D

| Registration No. | Yurman's Copyrighted Design | Waxman's Design |
|---|---|---|
| VA 1-823-085 | | Crystal Labrynth Cuff SKU: 5734 |
| VA 1-849-600 | | Crystal Labrynth Ring SKU: 5737 |
| VA 1-396-825 | | Crystal Quatrefoil Cuff SKU: 5741 |
| | | Crystal Quatrefoil Rings SKU: 5745-2 |
| VA 1-908-902 | | 18K Gold Plated Starburst Bangle SKU: 3716 |
| VA 1-344-469 | | Confetti Crystal Cuff SKU: 5790 |
| | | Pebble Ring SKU: 3693 |

2

| Registration No. | Yurman's Copyrighted Design | Waxman's Design |
|---|---|---|
| | | SKU not known |
| VA 1-670-591 |  |  Cocktail Ring With Black CZ<br>SKU: 4900<br><br> Cocktail Ring With Blue CZ<br>SKU: 5380<br><br> Large Wheaton Style Ring<br>SKU: 4922-1<br><br> White Ice Wheaton Ring<br>SKU: 5374-1<br><br> SKU not known (Cable Convention Rings)<br><br> SKU not known (Cable Convention Rings)<br><br> SKU not known (Cable Convention Rings) |

3

| Registration No. | Yurman's Copyrighted Design | Waxman's Design |
|---|---|---|
| | |   SKU not known (Cable Convention Rings) |
| VA 1-282-478 |  |   Crossover Ring  SKU: 5370-1 |
| VA 1-722-966 |  |   Crystal Infinity Earrings  SKU: 9471 |
| |  |   Crystal Infinity Ring  SKU: 5715 |
| | |   SKUs not known (Black Swirly Earrings) |
| VA 1-800-982 |  |  |

4

| Registration No. | Yurman's Copyrighted Design | Waxman's Design |
|---|---|---|
| | | **Citrine Cable Wrap Earrings**<br>**SKU: 5584, 5614 (Black), 5610 (Blue)**<br><br>**SKUs not known**<br><br>Tear                  Drop<br>**Cable Wrap Necklace**<br>**SKU: 5618 (Blue), 5619 (Black)** |
| VA 1-908-902<br>VA 1-935-471 |  | <br>**Crystal Textured Star Ring**<br>**SKU: 5582-2** |
| |  | <br>**Crystal Starburst Hook Earrings**<br>**SKU: 5571** |
| |  | <br>Crystal                 Starburst |

5

| Registration No. | Yurman's Copyrighted Design | Waxman's Design |
|---|---|---|
| | | Necklace<br>SKU: 5575 |
| VAu 733-123 |  | <br>Black Onyx Cable Wrap Necklace<br>SKU: 5652<br><br><br>Turquoise Cable Wrap Ring<br>SKU: 5368 |
| VAu 405-161 |  | <br>4MM Black Cable Classic Bangle |
| VA 1-747-809 |  | <br>Crystal Cable Earrings<br>SKU: 5528 |
| |  | <br>Crystal Cable Necklace<br>SKU: 5536 |

6

| Registration No. | Yurman's Copyrighted Design | Waxman's Design |
|---|---|---|
| |  | \n\nCable Classic Station Bangle\nSKU: 3567 |
| | | \n\nSKUs not known |
| | | \n\nSKUs not known |
| VA 1-116-155 |  | \n\nFaux Pearl Square Earrings\nSKU: 5479, 5484 (Crystal Onyx) |
| VA 1-024-276 |  | \n\nCitrine Picture Frame Pendant\nSKU: 3759 |
| VA 1-038-299 |  |  |

7

| Registration No. | Yurman's Copyrighted Design | Waxman's Design |
|---|---|---|
| | | Morganite cable classic bangle<br>SKU: 1326<br><br>Two Tone Cable Classic Bangle<br>SKU: 5760<br><br>Two tone blue cable classic bangle<br>SKU: 3532<br><br>7 mm pink cable Bangle<br>SKU: 5774<br><br>Garnet cable bangle<br>SKU: N/A<br><br>Cable classic two tone amethyst CZ bangle<br>SKU: 9343<br><br>Two tone black cable classic bangle<br>SKU: 3529 |

US:163084879v1

| Registration No. | Yurman's Design Mark | Waxman's Product |
|---|---|---|
| 4,655,095 |  | <br>Hematite and crystal classic bangle<br>SKU: 2722 |
| 4,655,095 |  | <br>Hampton blue cable bangle bracelet<br>SKU: 0846 |
| 4,655,095 |  | <br>Citrine classic bangle bracelet<br>SKU: 0833 |
| 4,655,095 |  | <br>Amethyst ice cable bangle<br>SKU: 3538 |
| 4,655,095 |  | <br>5 mm peridot cable classic crystal bangle<br>SKU: 3340 |
| 4,655,095 |  | <br>5 mm black crystal bangle<br>SKU: 3344 |

9

| Registration No. | Yurman's Design Mark | Waxman's Product |
|---|---|---|
| 4,655,095 |  |  Jet Black cable bangle SKU: 5388 |
| 4,655,095 |  |  London Blue cable bangle SKU: 5390 |
| 4,655,095 |  |  Smoky brown cable bangle SKU: 5386 |
| 4,655,095 |  |  White ice cable bangle SKU: 5384 |
| 4,655,095 |  |  Morganite cable classic bangle SKU: 1326 |
| 4,655,095 |  |  Two tone blue cable classic bangle SKU: 3552 |

10

| Registration No. | Yurman's Design Mark | Waxman's Product |
|---|---|---|
| 4,655,095 |  | <br>7 mm pink cable bangle<br>SKU: 5774 |
| 4,655,095 |  | <br>Garnet cable bangle<br>SKU: NA |
| 4,655,095 |  | <br>Cable classic two tone amethyst CZ bangle<br>SKU: 9343 |
| 4,655,095 |  | <br>Two tone black cable classic bangle<br>SKU: 3529 |
| 5,025,164 |  | <br>Two tone crystal mosaic bracelet<br>SKU: 3541 |

US:163084879v1